ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00571 JST |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| THOMAS JOHN SALAZAR, | |
| Defendant. | |

On January 5, 2018, the parties appeared before this Court for an initial status conference. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv), from January 5, 2018, to February 9, 2018. The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective preparation of defense counsel, including to review discovery to be produced shortly by the government. For this reason, the parties agree that time is excludable pursuant to 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv).

Given these circumstances, the Court found that the ends of justice served by excluding the period from January 5, 2018 to February 9, 2018, from Speedy Trial Act calculations outweighs the

STIP. REQUEST TO EXCLUDE TIME

interests of the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED: January 8, 2018        Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

  */s/ Katherine M. Lloyd-Lovett*        */s/ Edward W. Swanson*
KATHERINE M. LLOYD-LOVETT        EDWARD W. SWANSON
Assistant U. S. Attorney        Attorney for Thomas John Salazar

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by defense counsel, and in the interest of justice, pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until February 9, 2018.

IT SO ORDERED.

DATED: January 8, 2018

The Hon. Jon S. Tigar
United States District Court Judge

STIP. REQUEST TO EXCLUDE TIME