ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS JOHN SALAZAR,<br><br>    Defendant. | Case No.: CR 17-00571 JST<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |

The above-captioned matter is currently set for sentencing on May 4, 2018, at 9:30 a.m. The parties hereby stipulate and request that the Court continue the date for sentencing presently set for May 4, 2018, to May 25, 2018 at 9:30 a.m. The requested continuance is necessary because counsel for the government is unavailable for the May 4, 2018 sentencing date due to out-of-state business travel. Pursuant to Local Criminal Rule 32-2, the parties and the Probation Officer have conferred and will be available on the changed date if the motion is granted. Counsel for the government has additionally conferred with the Courtroom Deputy Clerk for the Honorable Jon S. Tigar and confirmed that the changed date is available on Judge Tigar's calendar.

//

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE
CR 17-00571 JST

Because the defendant has already pled guilty, no time exclusion is necessary under the Speedy Trial Act.

SO STIPULATED.

DATED: February 15, 2018	ALEX G. TSE
	Acting United States Attorney

	_____/s/_____
	KATHERINE M. LLOYD-LOVETT
	Assistant United States Attorney

DATED: February 15, 2018	_____/s/_____
	ED SWANSON
	Counsel for the Defendant

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE
CR 17-00571 JST

**[PROPOSED] ORDER**

For the foregoing reasons, the Court HEREBY ORDERS that the sentencing hearing in this matter is re-set from May 4, 2018, to May 25, 2018, at 9:30 a.m., before the Honorable Jon S. Tigar.

**IT IS SO ORDERED.**

Dated:  February 21, 2018

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE