Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for THOMAS JOHN SALAZAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS JOHN SALAZAR<br><br>Defendant. | CASE NO. CR 17-00571 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |

**STIPULATION**

The above-captioned matter is currently set for sentencing on May 25, 2018, at 9:30 a.m. The parties hereby stipulate and request that the Court continue the date for sentencing presently set for May 25, 2018, to June 15, 2018 at 9:30 a.m. The requested continuance is necessary because preparation of the draft Presentence Report took longer than expected. As a result, defense counsel is not able to confer with his client about the draft Presentence Report in time to allow the report to be finalized and the parties to file their sentencing memoranda by the required deadlines. Pursuant to Local Criminal Rule 32-2, the parties and the Probation Officer have

1

conferred and will be available on the changed date if the motion is granted.  Counsel for Mr. Salazar has also consulted the Court's online calendar and confirmed the Court is available at the new date and time.

Because the defendant has already pled guilty, no time exclusion is necessary under the Speedy Trial Act.

**IT IS SO STIPULATED.**

DATED:     May 7, 2018

_____/s/_____
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney

_____/s/_____
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for THOMAS JOHN SALAZAR

**[PROPOSED] ORDER**

For the foregoing reasons, the Court HEREBY ORDERS that the sentencing hearing in this matter is re-set from May 25, 2018 to June 15, 2018, at 9:30 a.m., before the Honorable Jon S. Tigar.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED:   May 9, 2018

_____
HON. JON S. TIGAR
United States District Court Judge